UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:10-CR-550-T-17-MAP

RICHARD J. BOBKA
_____/

**ORDER**

This cause comes before the Court on the defendant's, *pro se*, motion for speedy trial, to sever defendant *or in the alternative*, for release from custody (Doc. 241). On August 18, 2011, the Court held oral argument on the three part motion and denied all three portions of the motion and announced that the oral ruling would be memorialized in a written order. Accordingly, it is.

**ORDERED** that the defendant's, *pro se*, motion for speedy trial, to sever defendant *or in the alternative*, for release from custody (Doc. 241) be **denied** as orally announced at the hearing on August 18, 2011.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 20th day of August, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record