UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

Case No. 8:10-CR-550-T-17MAP

GEORGE R. CAVALLO,
PAULA L. HORNBERGER, and
JOEL A. STREINZ

_____/

### ORDER ON PENDING MOTIONS

As the conclusion of trial draws near, the Court has undertaken to independently review any and all motions presently outstanding. The Court finds them all to either lack merit or be moot. Accordingly, it is

**ORDERED** that all outstanding motions in this case be **DENIED**.

**DONE AND ORDERED** in Chambers, in Tampa, Florida this 19th of April, 2012.

Elizabeth A. Kovachevich
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record.