# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                    CASE NO. 8:10-CR-550-T-17-MAP

GEORGE R. CAVALLO, PAULA L.
HORNBERGER and JOEL A. STREINZ
_____/

## ORDER

This cause comes before the Court on the defendants' motions for new trial and judgment notwithstanding the verdict, Doc 664 filed by Joel A. Streinz and Docs. 665 and 690 filed by George R. Cavallo and Paula L. Hornberger. The government responded to all motions at Document 695. The Court has reviewed the motions and response as the presiding trial judge. The Court incorporates by reference the government's response. The government responded to each claim made and persuasively demonstrated each should be denied. Accordingly, it is.

**ORDERED** that the defendants' motions for new trial and judgment notwithstanding the verdict (Docs. 664, 665, and 690) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 3rd day of July, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record