UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                  Case No. 8:10-cr-550-T-17MAP

PAULA L. HORNBERGER

**ORDER VACATING AMENDED PRELIMINARY ORDER OF FORFEITURE
FOR SUBSTITUTE ASSETS AS TO CERTAIN REAL PROPERTY**

THIS CAUSE comes before the Court upon the filing of the United States' Motion to vacate the Amended Preliminary Order of Forfeiture for Substitute Assets (Amended Preliminary Order of Forfeiture), Doc. 1237, entered by the Court on June 21, 2013, only as it relates to the real property located at 9809 N.E. 124th, #306, Kirkland, Washington (real property).

Being fully advised of the relevant facts, it is hereby:

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED.

It is FURTHER ORDERED that the Amended Preliminary Order of Forfeiture be vacated solely as to the real property identified above.

It is FURTHER ORDERED that the remainder of the Amended Preliminary Order of Forfeiture remain in full force and effect.

1

DONE and ORDERED in Chambers in Tampa, Florida, this 10TH day of December, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record